UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NANA QUEENIE LAWRENCE,                                  :
                                                        :
                        Plaintiff,                      :
                                                        :           24-CV-5966 (JMF)
         -v-                                            :
                                                        :           ORDER
250-252 ELIZABETH STREET PARTNERSHIP, L.P.              :
et al.,                                                 :
                                                        :
                        Defendants.                     :
                                                        X
-----------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

      Defendants were required to answer the Complaint by September 10, 2024, *see* ECF No. 9, but have not done so to date.  As a courtesy, Defendants' deadline is hereby EXTENDED, *nunc pro tunc*, to **October 15, 2024**.  The Court will invite Plaintiff to move for default judgment if Defendants fail to appear and answer the Complaint by that deadline.

      Plaintiff is directed to serve a copy of this Order on Defendants, and to file proof of such service by **October 11, 2024**.

      SO ORDERED.

Dated: October 8, 2024
      New York, New York
                                          JESSE M. FURMAN
                                         United States District Judge